UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ALEXANDER BISTRIKA, Jr., et al().             6:10-cv-1545-JR

Plaintiffs,

ORDER

v.

DEPUTY NICHOLAS HUNTER, et al.,

Defendants.

RUSSO, Magistrate Judge:

As noted in the court's order of May 18, 2016 (#195), a court request for appointment of pro bono counsel on behalf of the remaining non-indigent plaintiffs is not appropriate. On that same date, the court set a conference for June 8, 2016, to prepare a schedule for the filing of trial documents and to set a date for trial. However, in response, the remaining plaintiffs filed a motion seeking dismissal, stating:

> Proceeding without counsel is perceived to be futile, and the Plaintiffs respectfully refuse to continue to do so. If the Court feels it is reasonable to deny counsel under the given circumstances, then the Plaintiffs ask for a dismissal of all remaining claims in this action....

Page 1 - ORDER

Plaintiffs' Pro Se Motion (#197) at p. 2. The motion is granted and the scheduling conference set for June 8, 2016, is vacated.

## CONCLUSION

Plaintiffs' motion for dismissal (#197) is granted. This action is dismissed and the clerk is directed to enter a judgment.

DATED this 31st day of May 2016.

Jolie A. Russo
JOLIE A. RUSSO
United States Magistrate Judge

Page 2 - ORDER